```
SHALANDA VEABORAH DAVIS        TRUSTMARK NATIONAL
1424 AUTUMN OAKS DR            248 EAST CAPITOL ST
JACKSON, MS 39211              JACKSON, MS 39201




THOMAS C. ROLLINS, JR.         US ATTORNEY GENERAL
THE ROLLINS LAW FIRM, PLLC     US DEPT OF JUSTICE
P.O. BOX 13767                 950 PENNSYLVANIA AVENW
JACKSON, MS 39236              WASHINGTON, DC 20530-0001



BANK OF AMERICA                WELLS FARGO
ATTN: BANKRUPTCY               ATTN: BANKRUPTCY
POB 26012                      PO BOX 10438
GREENSBORO, NC 27410           DES MOINES, IA 50306



CAPITAL ONE                    WELLS FARGO BANK
ATTN: BANKRUPTCY               ATTN: BANKRUPTCY
P.O. BOX 30285                 1 HOME CAMPUS MAC
SALT LAKE CITY, UT 84130       DES MOINES, IA 50328



CBN
PO BOX 6497
SIOUX FALLS, SD 57117



INTERNAL REVENUE SERVI
CENTRALIZED INSOLVENCY
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346


INTERNAL REVENUE SERVI
C/O US ATTORNEY
501 EAST COURT ST
STE 4.430
JACKSON, MS 39201

MS SPORTS MEDICINE
1325 E FORTIFICATION
JACKSON, MS 39202



SYNCHRONY BANK
ATTN: BANKRUPTCY
PO BOX 965060
ORLANDO, FL 32896
```