___



**SO ORDERED,**

**Judge Jamie A. Wilson**
United States Bankruptcy Judge
Date Signed: October 3, 2025

The Order of the Court is set forth below. The docket reflects the date entered.
___

### IN THE UNITED STATES BANKRUPTCY COURT FOR
### THE SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                                                    CHAPTER 13 NO.:

**SHALANDA VEABORAH DAVIS**                                              25-01974 – JAW

### AGREED ORDER

THIS CAUSE came before the Court on the Trustee's Objection to Confirmation of Plan (DK #16); and the parties agree as follows:

THAT, the Trustee's Objection to Confirmation of Plan is withdrawn.

THAT, the Debtor's Plan is hereby modified to pay the priority claim of the Internal Revenue Service in the amount of $175.00 through the Debtor's Plan.

THAT, the Debtor's wage deduction order shall be amended as necessary to comply with the terms of this order.

##END OF ORDER##

AGREED:

/s/ Joshua C. Lawhorn                                                  /s/ Thomas C. Rollins, Jr.
JOSHUA C. LAWHORN – MSB # 103902                    THOMAS C. ROLLINS, JR.
ATTORNEY FOR TRUSTEE                                          ATTORNEY FOR DEBTOR
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE: 601/362-6161
FAX: 601/362-8826
E-MAIL: HJB@HBARKLEY13.COM