SO ORDERED,

Judge Jamie A. Wilson
United States Bankruptcy Judge
Date Signed: October 9, 2025

The Order of the Court is set forth below. The docket reflects the date entered.

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                                                 CHAPTER 13 NO.:

SHALANDA VEABORAH DAVIS                                                25-01974 – JAW

### *AMENDED* AGREED ORDER

THIS CAUSE came before the Court on the Trustee's Objection to Confirmation of Plan (DK #16); and the parties agree as follows:

THAT, the Trustee's Objection to Confirmation of Plan is withdrawn.

THAT, the Debtor's Plan is hereby modified to pay the priority claim of the Internal Revenue Service in the amount of *$170.00* through the Debtor's Plan.

THAT, the Debtor's wage deduction order shall be amended as necessary to comply with the terms of this order.

##END OF ORDER##

AGREED:

/s/ Joshua C. Lawhorn                                                   /s/Thomas C. Rollins, Jr.
JOSHUA C. LAWHORN – MSB # 103902                  THOMAS C. ROLLINS, JR.
ATTORNEY FOR TRUSTEE                                        ATTORNEY FOR DEBTOR
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE: 601/362-6161
FAX: 601/362-8826
E-MAIL: HJB@HBARKLEY13.COM