United States Bankruptcy Court
Southern District of Mississippi

In re: Shalanda Veaborah Davis
Debtor

Case No. 25-01974-JAW
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0538-3 | User: mssbad | Page 1 of 2
Date Rcvd: Oct 10, 2025 | Form ID: n031 | Total Noticed: 15

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 12, 2025:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Shalanda Veaborah Davis, 1424 Autumn Oaks Dr, Jackson, MS 39211-2109 |
| 5545600 | + | Cbn, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 5545603 | + | MS Sports Medicine, 1325 E Fortification, Jackson, MS 39202-2499 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| 5545598 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 10 2025 19:25:00 | Bank of America, Attn: Bankruptcy, Pob 26012, Greensboro, NC 27420-6012 |
| 5556192 | | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 10 2025 19:25:00 | Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 5545599 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 10 2025 19:30:07 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 5545601 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 10 2025 19:26:00 | Department of Treasury-Internal Revenue Servi, Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5545602 | + | Email/Text: ebone.woods@usdoj.gov | Oct 10 2025 19:26:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5545604 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 10 2025 19:30:12 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5545605 | | Email/Text: bankruptcynotices@trustmark.com | Oct 10 2025 19:26:00 | Trustmark National, 248 East Capitol St, Jackson, MS 39201 |
| 5545606 | ^ | MEBN | Oct 10 2025 19:20:34 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
| 5545607 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Oct 11 2025 02:30:41 | Wells Fargo, Attn: Bankruptcy, Po Box 10438, Des Moines, IA 50306 |
| 5545608 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Oct 10 2025 19:30:03 | Wells Fargo Bank, Attn: Bankruptcy, 1 Home Campus Mac, Des Moines, IA 50328-0001 |
| 5574240 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Oct 11 2025 02:30:41 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 5573325 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Oct 11 2025 02:30:41 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 12

# BYPASSED RECIPIENTS

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 2 of 2 |
| Date Rcvd: Oct 10, 2025 | Form ID: n031 | Total Noticed: 15 |

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 12, 2025  Signature:  /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 10, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Harold J. Barkley, Jr. | HJB@HBarkley13.com  hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Shalanda Veaborah Davis trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 3

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:** 25−01974−JAW
**Chapter:** 13

**In re:**

Shalanda Veaborah Davis
aka Shalanda V Davis
1424 Autumn Oaks Dr
Jackson, MS 39211

---

### Notice of Entry of Order Confirming Plan

The Court entered an Order on October 10, 2025 (Dkt. # 21 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

<u>Jackson Office</u>:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

<u>Gulfport Office</u>:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: October 10, 2025                                   Danny L. Miller, Clerk of Court