**Fill in this information to identify the case:**

Debtor 1 Shalanda Veaborah Davis

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Southern District of MS
(State)

Case number 25-01974

Official Form 410S1

# Notice of Mortgage Payment Change

12/25

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

Name of creditor: Trustmark Bank

Court claim no. (if known): _____

Last 4 digits of any number you use to identify the debtor's account: 2 8 1 8

Date of payment change:
Must be at least 21 days after date of this notice
06 / 01 / 2026

New total payment:
Principal, interest, and escrow, if any
*For HELOC payment amounts, see Part 3*
$ 1125.50

| Part 1: | Escrow Account Payment Adjustment |
|---|---|

1. Will there be a change in the debtor's escrow account payment?

☐ No
☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

Current escrow payment: $ 477.91    New escrow payment: $ 495.84

| Part 2: | Mortgage Payment Adjustment |
|---|---|

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

☑ No
☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

Current interest rate: _____ %    New interest rate: _____ %

Current principal and interest payment: $ _____    New principal and interest payment: $ _____

| Part 3: | Annual HELOC Notice |
|---|---|

3. Will there be a change in the debtor's home-equity line-of-credit (HELOC) payment for the year going forward?

☐ No
☐ Yes.
Current HELOC payment: $ _____

Reconciliation amount: + $ _____ or
- $ _____

Official Form 410S1 · Notice of Mortgage Payment Change · page 1

Debtor 1   Shalanda   Veaborah   Davis                    Case number *(if known)* 25-01974
           First Name      Middle Name      Last Name

| | |
|---|---|
| Amount of next payment (including reconciliation amount) | $_____ |
| Amount of the new payment thereafter (without reconciliation amount) | $_____ |

## Part 4:   Other Payment Change

4. Will there be a change in the debtor's mortgage payment for a reason not listed above?

☑ No

☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   *(Court approval may be required before the payment change can take effect.)*

   Reason for change: _____

   Current mortgage payment: $ _____      New mortgage payment:  $ _____

## Part 5:   Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☑ I am the creditor.

☐ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

✗ *Pamela O. Thompson*                                      Date  4/17/26
   Signature

Print:   Pamela          J          Thompson          Title   Bankruptcy Analyst
         First Name      Middle Name      Last Name

Company   Trustmark Bank

Address   P.O. Box 522
          Number          Street
          Jackson                    MS        39205
          City                       State     ZIP Code

Contact phone  ( 601 ) 208_ 4977                          Email _____

**ANALYSIS/REVIEW - PROJECTION STATEMENT** 376   4/17/2026  4:10:56 PM ET   PFSP342

| Account No | Statement: Type | ANNUAL | Date | 04/15/26 |
|---|---|---|---|---|
| SHORTAGE WAS SPREAD | BKR | | | |

### Analysis Based On

| | | | | |
|---|---|---|---|---|
| Anticipated Disbursements | 5591.01 | CP Index Factor | | 0.00% |
| Ideal Escrow Payment | 465.91 | Cushion   C-1/6 | | 736.32 |
| Cycle | 06/01/26 - 05/31/27 | RESPA Max 1/6 Cushion | | 736.32 |
| Analysis Parameter Review | No ✔ | Loan Status Review | | No ✔ |
| Anticipated Escrow Balance Detail | No ✔ | Current PITI | | 1107.57 |
| | | PMI Termination Date | | 00/00/00 |

### Results

| | | | | |
|---|---|---|---|---|
| Lowpoint Month: 12/26 | Anticipated Bal | 377.13 | Required Bal | 736.32 |
| SHORTAGE    -359.19 | DEFICIENCY      .00 | | | |
| Current Escrow Shortage | -359.19 | Percentage of Change | | 3.7517% |
| EA Shortage Spread Used | 12 | View Trial Balance Detail | | No ✔ |

| ---- OLD ---- | ------ PAYMENT DETAIL ------ | --- NEW EFF 06/01/26 - |
|---|---|---|
| 629.66 | PRINCIPAL & INTEREST | 629.66 |
| 477.91 | ESCROW | 465.91 |
| .00 | OPTIONAL INS | .00 |
| .00 | ANCILLARY | .00 |
| .00 | SHORTAGE | 29.93 |
| .00 | DEFICIENCY | .00 |
| .00 | SURPLUS | .00 |
| .00 | ROUNDING   (+/ -) | .00 |
| .00 | BUYDOWN/ASST PMT | .00 |
| .00 | PS MOPR AMT | .00 |
| 1107.57 | TOTAL BORROWER PAYMENT | 1125.50 |

Message:                                          OK                                    MORE...

**ANALYSIS/REVIEW - PROJECTION STATEMENT** 376    4/17/2026  4:11:06 PM ET    PFSP344

```
+----------------------------Trial    Balance  Detail  ----------------------------+
|   -- To  Escrow  --              -- From  Escrow   --        ---- Escrow  Balance  ---- |
|  Month    Antciptd   Cpindex    Antciptd      Desc        ANTCIPTD      Required   |
|                            STARTING BALANCE =>      2218.02     2577.21            |
|  06/26     465.91      .00       97.75     FHA RI       2586.18      2945.37  |
|  07/26     465.91      .00       97.75     FHA RI       2954.34      3313.53  |
|  08/26     465.91      .00       97.75     FHA RI       3322.50      3681.69  |
|  09/26     465.91      .00       97.75     FHA RI       3690.66      4049.85  |
|  10/26     465.91      .00       97.75     FHA RI       4058.82      4418.01  |
|  11/26     465.91      .00       97.75     FHA RI       4426.98      4786.17  |
|  12/26     465.91      .00     1918.00     HAZARD          .00          .00  |
|              .00      .00       97.75     FHA RI          .00          .00  |
|              .00      .00     2500.01     COUNTY        377.13       736.32  |
|  01/27     465.91      .00       97.75     FHA RI       745.29      1104.48  |
|  02/27     465.91      .00       97.75     FHA RI      1113.45      1472.64  |
|  03/27     465.91      .00       97.75     FHA RI      1481.61      1840.80  |
|  04/27     465.91      .00       97.75     FHA RI      1849.77      2208.96  |
|  05/27     465.91      .00       97.75     FHA RI      2217.93      2577.12  |
+--------------------------------------------------------------------------------+
```

Message:   CLICK RETURN TO EXIT                    OK                    BOTTOM

## CERTIFICATE OF SERVICE

I, Pamela J. Thompson, do herby certify that I have this 17th day of April 2026, transmitted via Electronic Case Filing, as it appears on this date in the Court registered e-filers of CM/ECF and/or via U.S. Mail, postage prepaid, a true and correct copy of the above Notice  and a copy of the Notice of Mortgage Payment Change to the Case Trustee, Debtor(s),

**Harold J. Barkley, Jr.**
HJB@HBarkley13.com

Pamela J. Thompson
P. O. Box 522
Jackson, MS 39205

**Shalanda Veaborah Davis**
1424 Autumn Oaks Dr
Jackson, MS 39211

**Thomas Carl Rollins, Jr**

trollins@therollinsfirm.com